# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| ARGON CREDIT, LLC, *et al.*, | No. 16-39654 (Jointly Administered) |
| Debtor. | Hon. Deborah L. Thorne |
| LATONYA D. KITCHEN and KARENSA HUTCHENS, | |
| Plaintiffs, | Adv. Proc. No. 21-00048 |
| v. | |
| FUND RECOVERY SERVICES, LLC, *et al.* | Hearing Date: May 18, 2023<br>Hearing Time: 9:30 a.m. |
| Defendants. | |

## NOTICE OF OBJECTION

**PLEASE TAKE NOTICE** that Fund Recovery Services, LLC ("FRS") objects to the *Trustee's Motion to Dismiss Amended Complaint* [ECF No. 92] ("Motion"), which is scheduled for presentment on **May 18, 2023 at 9:30 a.m.** or as soon thereafter as counsel may be heard, before the **Honorable Deborah L. Thorne,** Bankruptcy Judge, or in her absence, before such other Judge who may be sitting in her place and stead and hearing bankruptcy motions.

    FUND RECOVERY SERVICES, LLC

    By: /s/ Peter J. Roberts
          One of its attorneys

Peter J. Roberts (#6239025)
COZEN O'CONNOR
123 North Wacker Dr., Suite 1800
Chicago, Illinois 60606
(312) 382-3100
proberts@cozen.com

**CERTIFICATE OF SERVICE**

       Peter J. Roberts certifies that he caused to be served a true copy of the above and foregoing notice upon the attached Electronic Mail Notice List through the ECF System which sent notification of this filing on May 16, 2023.

                                                   /s/ Peter J. Roberts

## Mailing Information for Case 21-00048

**Electronic Mail Notice List**

- **Elizabeth L Janczak**  ejanczak@sgrlaw.com, bkdocketing@freeborn.com
- **Peter J Roberts**  proberts@cozen.com, peter-roberts-1301@ecf.pacerpro.com;cknez@cozen.com
- **Jeffrey Wilens**  jeff@lakeshorelaw.org