1  **LAKESHORE LAW CENTER**
2  Jeffrey Wilens, Esq. (State Bar No. 120371)
   Macy Wilens, Esq. (State Bar No. 328204)
3  18340 Yorba Linda Blvd., Suite 107-610
4  Yorba Linda, CA 92886
   714-854-7205
5  714-854-7206 (fax)
6  jeff@lakeshorelaw.org
   macy@lakeshorelaw.org
7
8  **Attorneys for Plaintiffs**

9              IN THE UNITED STATES BANKRUPTCY COURT
10             FOR THE NORTHERN DISTRICT OF ILLINOIS
11                        EASTERN DIVISION

| | |
|---|---|
| 12  IN RE ARGON CREDIT LLC, | ) Chapter 7 No. 2016-39654 |
| 13          Debtor. | ) Adv. Proc. No. 21-00048 |
|     | ) Hon. Deborah L. Thorne |
| 14  LATONYA D. KITCHEN and | ) **Class Action** |
| 15  KARENSA HUTCHENS, | ) |
|             Plaintiffs, | ) |
| 16  | ) |
| 17          v. | ) |
|     | ) **JUDGMENT IN ADVERSARY** |
| 18  FUND RECOVERY SERVICES, | ) **PROCEEDING** |
| 19  LLC, | ) |
|     | ) |
| 20          Defendants. | ) |
| 21  | ) Hearing Date: 2-14-24, 10:45 am CT |
|     | ) Department 682 |
| 22  | |

23        Following entry of order striking the answer filed in this matter, and after
24 presentation of evidence as set forth in Plaintiffs' motion, the Court now renders the
25 following judgment.
26    1.   Plaintiffs and the class members have consented to entry of a final judgment
27         by this Court.
28    2.   The Court finds that the Defendant Fund Recovery Services, LLC violated

1  California's Unfair Competition Law (Business and Professions Code § 17200 et. seq.) by collecting money from plaintiffs and other members of the certified class totaling $3,409,387 as of April 15, 2022. That sum is awarded to plaintiffs and the class.

3. Prejudgment interest starting to accrue April 15, 2022 through February 14, 2024 is awarded to plaintiffs and the class in the amount of $625,832.66.

4. Attorney's fees are awarded to plaintiffs and the class based upon the contracts signed by plaintiffs and each class member in the amount of $141,870. The Court reserves the right to adjust the allocation of any sums recovered to provide for a "common fund" recovery of attorney's fees.

5. Costs are awarded to plaintiffs and the class in the amount of $2,220.

6. The total judgment shall be in the amount of $4,179,309.66 against Fund Recovery Service, LLC and in favor of plaintiffs and the class.

7. The Court orders Plaintiffs' counsel to notify the Court in the event of recovery of any sum of money on this judgment from defendant or any other party. The Court retains jurisdiction to allocate the distribution of any funds that might be recovered.

DATED: February 14, 2024         By: _____
                                     Honorable Deborah L. Thorne
                                     Judge of the Bankruptcy Court